James H. Bartolomei (SBN 301678)
james@duncanfirm.com
Of Counsel at Duncan Firm, P.A.
809 W. 3rd Street
Little Rock, Arkansas 72201
Telephone: 501.228.7600
Facsimile: 501.228.0415

Attorneys for Plaintiff NADIA LOTUN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NADIA LOTUN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROSETTA STONE, INC.;<br>ROSETTA STONE LTD.;<br>ROSETTA STONE INTERNATIONAL, INC.; and DOES-1-10, inclusive,<br><br>Defendants. | **Case No. 8:20-cv-02430**<br><br>**Date of Removal: December 29, 2020**<br><br>*State Court Action filed in the California Superior Court, County of Orange on September 24, 2020 - Case No.: 30-2020-01161980-CU-AT-CXC*<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nadia Lotun hereby dismisses this action with prejudice in its entirety as to her individual claims as to the following Defendants:

- Defendant ROSETTA STONE, INC.;
- Defendant ROSETTA STONE LTD.;
- Defendant ROSETTA STONE INTERNATIONAL, INC.

No Defendant has answered or served a motion for summary judgment. Moreover, there is no certified class in this action, nor a class proposed to be certified for purposes of this dismissal.

Respectfully submitted,

Dated:  March 8, 2021          **DUNCAN FIRM, P.A.**

By: /s/ James H. Bartolomei
       James H. Bartolomei

Attorneys for Plaintiff
NADIA LOTUN

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Stipulation of Dismissal With Prejudice was filed with the Clerk of the Court by using the CM/ECF system on this 8th day of March, 2021, which will send notification of the same to all counsel of record.

*/s/ James H. Bartolomei*