UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 20-02430-CJC (KESx) | Date | March 9, 2021 |
|---|---|---|---|
| Title | Nadia Lotun v. Rosetta Stone, Inc. | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Chery Wynn
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal [17], and hereby orders the case dismissed with prejudice as to plaintiff's individual claims, and without prejudice as to the purported class claims. Further, the Court orders all proceedings in the case vacated and taken off calendar.

_____ : _____

Initials of Deputy Clerk:  cw